1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8

9

10

11  MILDRED GRIGSBY,                )    No. EDCV 08-0559-RC
                                    )
12          Plaintiff,              )
                                    )    JUDGMENT
13      v.                          )
                                    )
14  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
15                                  )
            Defendant.              )
16  _____)

17

18      IT IS ADJUDGED that Judgment be entered remanding the action to

19  the Social Security Administration for further proceedings consistent

20  with the Opinion and Order, pursuant to sentence four of 42 U.S.C.

21  § 405(g).

22

23  DATED: July 30, 2009          _____/s/_____
                                          ROSALYN M. CHAPMAN
24                                UNITED STATES MAGISTRATE JUDGE

25

26

27  R&R-MDO\07-4744.mdo
    7/30/09

28