1  Brian C. Shapiro
   Attorney at Law: 192789
2  «Office_Name»
   «Address_1»
3  «Address_2»
   «Telephone»
4  «Facsimile»
   E-mail: brian_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff MILDRED GRIGSBY
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | MILDRED GRIGSBY,             | ) | Case No.: EDCV 08-0559 (RC) |
|----|------------------------------|---|------------------------------|
| 12 |        Plaintiff,            | ) | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| 13 |        vs.                   | ) | |
| 14 | MICHAEL J. ASTRUE,           | ) | |
|    | Commissioner of Social Security, | ) | |
| 15 |                              | ) | |
|    |        Defendant.            | ) | |
| 16 |                              | ) | |

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20  amount of three thousand three hundred dollars, ($3,300), as authorized by 28

21  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22  DATE:  October 2, 2009

23                     _/S/ Rosalyn M. Chapman_____
                       THE HONORABLE ROSALYN M. CHAPMAN
24                     UNITED STATES MAGISTRATE JUDGE

25

26